# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>    Plaintiff,<br>    v.<br><br>SMITH-EMERY COMPANY, a California corporation,<br><br>    Defendant. | Case No.: 2:13-cv-09545 CAS (VBKx)<br><br>**JUDGMENT** |

This action having been commenced on December 30, 2013, and the Court having granted plaintiffs' motion for entry of judgment against defendant, Smith-Emery Company, a California corporation, and the Court having found and concluded in

accordance with its order that the parties to this action have entered into a settlement of this action, and good cause appearing therefor.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Smith-Emery Company, a California corporation, the principal amount of $310,408.41 plus interest thereon at a rate of five percent (5%) per annum from the date of entry of this judgment. Defendant Smith-Emery Company is ordered to pay the foregoing principal and interest in 120 consecutive monthly installments of $3,292.36 each, commencing on the date of entry of this judgment, and continuing until paid in full.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that notwithstanding entry of judgment, the Court shall retain jurisdiction over the parties to enforce the terms of the parties' settlement and this judgment.

DATED: August 21, 2017

*/s/ Christina A. Snyder*

Christina A. Snyder
UNITED STATES DISTRICT JUDGE